September 7, 2006

Clerk, U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                          RE:    Guzzo v. United States, 99-6612 (SJ)

Dear Clerk of the Court:

      Please note my change of address in the above referenced case. It is requested that any future correspondence be sent to the address on this letterhead.

      Thank you for your assistance.

                                          Respectfully submitted,


                                          Linda S. Sheffield